# EXHIBIT A

| STATE OF NORTH CAROLINA | | | 10CV 04608 | | |
|---|---|---|---|---|---|
| BUNCOMBE County | | FILED | In The General Court of Justice<br>☐ District  ☒ Superior Court Division | | |
| Name of Plaintiff 1<br>Jose Virgilio Marquez | | 2010 AUG 31  PM 2:18 | **GENERAL<br>CIVIL ACTION COVER SHEET** | | |
| Tax ID/SSN<br>unknown | | BUNCOMBE COUNTY, C.S.C. | | | |
| Name of Plaintiff 2 | | BY ___ | ☒ INITIAL FILING ☐ SUBSEQUENT FILING | | |
| Tax ID/SSN | | | Rule 5(b), Rules of Practice for Superior and District Courts | | |
| Name of Plaintiff 3 | | | Name and Address of Attorney, or Party, if Not Represented (complete for initial appearance or change of address | | |
| Tax ID/SSN | | | James M. Ellis<br>110 N. Dougherty St.<br>Black Mountain, NC 28711 | | |
| VERSUS | | | | | |
| Name of Defendant 1<br>Trans Union, LLC. | | | Attorney Bar No.<br>23087 | | |
| Tax ID/SSN<br>unknown | Summons Submitted<br>☒ Yes ☐ No | | ☒ Initial Appearance in Case ☐ Change of Address | | |
| Name of Defendant 2<br>Experian Information Solutions, Inc. | | | Name of Firm<br>Stone & Christy, P.A. | | |
| Tax ID/SSN<br>unknown | Summon Submitted<br>☒ Yes ☐ No | | Tax ID No.<br>56-2078564 | Telephone No.<br>828-669-7642 | FAX No.<br>828-669-5678 |
| Name of Defendant 3 | | | Counsel for<br>☒ All Plaintiffs ☐ All Defendants ☐ Only (List party(ies)represented) | | |
| Tax ID/SSN | Summon Submitted<br>☐ Yes ☐ No | | | | |
| ☐ Jury Demanded in Pleading<br>☐ Complex Litigation | | | ☐ Amount in controversy does not exceed $15,000<br>☐ Stipulate to arbitration | | |

| TYPE OF PLEADING | CLAIM FOR RELIEF FOR: |
|---|---|
| (check all that apply) | |
| ☐ Amended Answer/Reply (AMND-Response) | ☐ Administratve Appeal (ADMA) |
| ☐ Amended Complaint (AMND) | ☐ Appointment of Receiver (APRC) |
| ☐ Answer/Reply (ANSW-Response) | ☐ Attachment/Garnishment (ATTC) |
| ☒ Complaint (COMP) | ☐ Claim and Delivery (CLMD) |
| ☐ Confession of Judgment (CNFJ) | ☐ Collection on Account (ACCT) |
| ☐ Counterclaim vs. (CTCL) | ☐ Condemnation (CNDM) |
| ☐ All Plaintiff(s) ☐ Only (List on back) | ☐ Contract (CNTR) |
| ☐ Crossclaim vs. (List on back) (CRSS) | ☐ Discovery Scheduling Order (DSCH) |
| ☐ Extend Statute of Limitations, Rule 9 (ESOL) | ☐ Injunction (INJU) |
| ☐ Extend Time For Answer (MEOT-Response) | ☐ Medical Malpractice (MDML) |
| ☐ Extend Time For Complaint (EXCO) | ☐ Minor Settlement (MSTL) |
| ☐ Rule 12 Motion in Lieu of Answer (MDLA) | ☒ Money Owed (MNYO) |
| ☐ Third Party Complaint (List Third Party Defendants on Back) | ☐ Negligence - Motor Vehicle (MVNG) |
| ☐ Other (specify) | ☐ Negligence - Other (NEGO) |
| | ☐ Limited Driving Privilege -Out-of-State Convictions (PLDP) |
| | ☐ Possession of Personal Property (POPP) |
| | ☐ Product Liability (PROD) |
| | ☐ Real Property (RLPR) |
| | ☐ Specific Performance (SPPR) |
| | ☐ Other (specify) |

NOTE: Small claims are exempt from cover sheets

| Date | Signature of Attorney/Party |
|---|---|
| August 31, 2010 | M. Ellis |

NOTE: The initial filing in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does the not include a required cover sheet. For subsequent filings in civil actions, the filing party must either include a cover sheet or the filing must comply with G.S. 7A-34.1.

AOC-CV-751 Rev. 10/01 © 2001 Administrative Office of the Courts  (Over)

| STATE OF NORTH CAROLINA | FILED | 10CV 04608 |
|---|---|---|
| BUNCOMBE County | 2010 AUG 31 PM 2:18 | In The General Court of Justice<br>☐ District ☒ Superior Court Division |

| Name of Plaintiff | |
|---|---|
| Jose Virgilio Marquez | BUNCOMBE COUNTY, C.S.C. |
| Address | |
| 110 N. Dougherty Street | BY_____ |
| City, State, Zip | |
| Black Mountain, NC 28711 | |

**CIVIL SUMMONS**

☐ ALIAS AND PLURIES SUMMONS

G.S. 1A-1, Rules 3, 4

**VERSUS**

| Name of Defendant(s) | Date Original Summons Issued |
|---|---|
| Trans Union, LLC. and Experian Information Solutions, Inc. | |
| | Date(s) Subsequent Summon(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address of Defendant 1 | Name And Address of Defendant 2 |
|---|---|
| Trans Union, LLC.<br>By and through its Registered Agent<br>The Prentice-Hall Corporation System, Inc.<br>327 Hillsborough Street<br>Raleigh, NC 27603<br>Certified Mail 7160 3901 9845 1717 6780 | Experian Information Solutions, Inc.<br>By and through its Registered Agent<br>CT Corporation System<br>150 Fayetteville Street, Box 1011<br>Raleigh, NC 27601<br>Certified Mail 7160 3901 9845 1717 6797 |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address of Plaintiff's Attorney (If None, Address of Plaintiff) | Date Issued | Time |
|---|---|---|
| James M. Ellis<br>110 N. Dougherty Street<br>Black Mountain, NC 28711<br>State Bar # 23087<br>828.669.7642 | 8-31-10 | 2:18 ☐ AM ☒ PM |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | |

| ☐ ENDORSEMENT<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date of Endorsement | Time ☐ AM ☐ PM |
|---|---|---|
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk of Superior Court | |

**NOTE TO PARTIES:** Many Counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts                    (Over)

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| --- | --- |
| COUNTY OF BUNCOMBE | SUPERIOR COURT DIVISION AUG 31 PM 2: 18<br>FILE NO. 10CV 04608 BUNCOMBE COUNTY, C.S.C. |

FILED

BY _____

| JOSE VIRGILIO MARQUEZ, | |
| --- | --- |
| Plaintiff, | |
| vs. | COMPLAINT<br>(JURY TRIAL REQUESTED) |
| TRANS UNION, LLC & EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants, | |

NOW COMES Plaintiff, Jose Virgilio Marquez, complaining of the acts of Defendants, and alleges and states as follows:

1. This court has jurisdiction under 15 U.S.C. §1681p.

2. Plaintiff Jose Virgilio Marquez ("Plaintiff") is a consumer as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681a(c).

3. Defendant Trans Union LLC ("Trans Union") is a consumer reporting agency as defined by FCRA, 15 U.S.C. §1681a(f).

4. Defendant Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency as defined by FCRA, 15 U.S.C. §1681a(f).

5. Within the two years preceding the filing of the complaint, Trans Union has prepared consumer reports on Plaintiff that contain false information, including accounts and information relating to another consumer. Plaintiff has notified Trans Union on more than one occasion that he disputes the inaccurate information. Trans Union did not correct the disputed information. Trans Union failed to conduct a reasonable reinvestigation of all disputed information in Plaintiff's consumer reports. Trans Union did not indicate that all of the disputed information was "disputed by consumer." Trans Union provided Plaintiff's consumer reports to businesses, people, or entities without a permissible purpose to do so.

6. Within the two years preceding the filing of the complaint, Experian has prepared consumer reports on Plaintiff that contain false information, including accounts and information relating to another consumer. Plaintiff has notified Experian on more than one occasion that he disputes the inaccurate information. Experian did not correct the disputed information. Experian failed to conduct a reasonable reinvestigation of all disputed information in

Plaintiff's consumer reports. Experian did not indicate that all of the disputed information was "disputed by consumer." Experian provided Plaintiff's consumer reports to businesses, people, or entities without a permissible purpose to do so.

## FIRST CLAIM FOR RELIEF
### (Against Trans Union)
### (Negligent Noncompliance with FCRA)

7. Trans Union negligently failed to comply with the requirements of FCRA.

8. As a result of Trans Union's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury.

9. Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681o(a).

## SECOND CLAIM FOR RELIEF
### (Against Trans Union)
### (Willful Noncompliance with FCRA)

10. Trans Union willfully failed to comply with the requirements of FCRA.

11. As a result of Trans Union's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

12. Plaintiff requests attorney fees pursuant to 15 U.S.C. § 1681n(a).

## THIRD CLAIM FOR RELIEF
### (Against Experian)
### (Negligent Noncompliance with FCRA)

13. Experian negligently failed to comply with the requirements of FCRA.

14. As a result of Experian's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury

15. Plaintiff requests attorney fees pursuant to 15 U.S.C. §1681o(a).

## FOURTH CLAIM FOR RELIEF
## (Against Experian)
## (Willful Noncompliance with FCRA)

16. Experian willfully failed to comply with the requirements of FCRA.

17. As a result of Experian's failure to comply with the requirements of FCRA, Plaintiff has suffered, and continues to suffer, actual damages, including economic loss, denial of credit, lost opportunity to receive credit, damage to reputation, invasion of privacy, emotional distress and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

18. Plaintiff requests attorney fees pursuant to 15 U.S.C. § 1681n(a).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. Trial by jury on all matters so triable;

2. Actual damages to be determined by the jury;

3. Punitive damages to be determined by the jury; and

4. Attorney fees.

This the 31st day of August, 2010.

James M. Ellis, N.C. State Bar # 23087
Stone & Christy, P.A.
110 N. Dougherty St.
Black Mountain, NC 28711
(828) 669-7642 Ext. 224

**FILED**

STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE
2010 SEP -9 AM 8: 24 SUPERIOR COURT DIVISION
COUNTY OF BUNCOMBE BUNCOMBE COUNTY, C.S.C. FILE NO. 10 CVS 4608

BY LMA

| | |
|---|---|
| JOSE VIRGILIO MARQUEZ, | |
| Plaintiff, | |
| vs. | AFFIDAVIT OF COUNSEL OF SERVICE BY CERTIFIED MAIL |
| TRANS UNION, LLC & EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants, | |

James M. Ellis, being first duly sworn, deposes and says:

1. I am the Attorney of Record for Plaintiff in this action.

2. A copy of the Summons and Complaint filed August 31, 2010 was deposited in the U.S. Post Office for mailing by Certified Mail, Return Receipt Requested, to the Defendant, Trans Union, LLC. by and through its Registered Agent The Prentice-Hall Corporation System, Inc., at 327 Hillsborough Street, Raleigh, NC 27603, September 1, 2010.

3. Said Summons and Complaint were received by Defendant, Trans Union, on September 2, 2010, as shown by the genuine registry receipt attached hereto.

4. A copy of the Summons and Complaint filed August 31, 2010 was deposited in the U.S. Post Office for mailing by Certified Mail, Return Receipt Requested, to the Defendant, Experian Information Solutions, Inc. by and through its Registered Agent CT Corporation System, at 150 Fayetteville Street, Box 1011, Raleigh, NC 27601, September 1, 2010.

5. Said Summons and Complaint were received by Defendant, Experian Information Solutions, Inc., on September 3, 2010, as shown by the genuine registry receipt attached hereto.

This the 8th day of September, 2010.

James M. Ellis, N.C. State Bar # 23087
Stone & Christy, P.A.
110 N. Dougherty St.
Black Mountain, NC 28711
(828) 669-7642 Ext. 224

STATE OF NORTH CAROLINA

COUNTY OF BUNCOMBE

Signed and sworn to or affirmed before me this day by James M. Ellis.

This the 8th day of September, 2010.

*Carrie A. Maresh*
*Notary Public*
*Buncombe County, NC*
*My Commission Expires: 11-25-2012*

(SEAL)

Notary Public, Carrie A. Maresh

My Commission expires: 11-25-2012

---

2. Article Number: 7160 3901 9845 1717 6780

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) [ ] Yes
1. Article Addressed to:

Trans Union, LLC.
By and through its Registered Agent
The Prentice-Hall Corporation System, Inc.
327 Hillsborough Street
Raleigh, NC 27603

RECEIVED SEP 0 7 2010 BY:

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: 9/2
C. Signature: X [signature] [✓] Agent [ ] Addressee
D. Is delivery address different from item 1? [ ] Yes [ ] No

Reference Information

Marquez

Carrie

PS Form 3811, January 2005    Domestic Return Receipt

---

2. Article Number: 7160 3901 9845 1717 6797

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) [ ] Yes
1. Article Addressed to:

Experian Information Solutions, Inc.
By and through its Registered Agent
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: 9-3-10
C. Signature: X [signature] [✓] Agent [ ] Addressee
D. Is delivery address different from item 1? [ ] Yes [ ] No

Reference Information

Marquez
Carrie  RECEIVED SEP 0 7 2010 BY:

PS Form 3811, January 2005    Domestic Return Receipt