IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:10-cv-219

| | |
|---|---|
| JOSE VIRGILIO MARQUEZ, <br> Plaintiff <br> v. <br> TRANS UNION, LLC, and <br> EXPERIAN INFORMATION <br> SOLUTIONS, INC.,    Defendants. | **DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |

COMES NOW, Trans Union LLC ("Trans Union"), one of the Defendants herein, and files its Answer and Defenses to Plaintiff's Complaint ("Complaint") filed by Jose Virgilio Marquez ("Plaintiff"). The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiff's Complaint to the extent possible.

1. Trans Union admits that the Western District of North Carolina has jurisdiction over this matter.

2. Trans Union admits that Plaintiff is a consumer as defined in 15 U.S.C. § 1681 a(c).

3. Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(f).

4. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Parties paragraph 4 of the Complaint and, therefore denies same.

5. Trans Union denies the allegations contained in paragraph 5 of the Complaint.

6. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Parties paragraph 6 of the Complaint and, therefore denies same.

**FIRST CLAIM FOR RELIEF**
**(Against Trans Union)**
**(Negligent Noncompliance with FCRA)**

7. Trans Union denies the allegations contained in paragraph 7 of the Complaint.

8. Trans Union denies the allegations contained in paragraph 8 of the Complaint.

9. Trans Union denies the relief sought by Plaintiff in paragraph 9 of the Complaint.

**SECOND CLAIM FOR RELIEF**
**(Against Trans Union)**
**(Willful Noncompliance with FCRA**

10. Trans Union denies the allegations contained in paragraph 10 of the Complaint.

11. Trans Union denies the allegations contained in paragraph 11 of the Complaint.

12. Trans Union denies the relief sought by Plaintiff in paragraph 12 of the Complaint.

## THIRD CLAIM FOR RELIEF
### (Against Experian)
### (Negligent Noncompliance with FCRA

13. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 13 of the Complaint and, therefore denies same.

14. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 14 of the Complaint and, therefore denies same.

15. Trans Union denies the relief sought by Plaintiff in paragraph 15 of the Complaint.

## FOURTH CLAIM FOR RELIEF
### (Against Experian)
### (Willful Noncompliance with FCRA

16. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 16 of the Complaint and, therefore denies same.

17. Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 17 of the Complaint and, therefore denies same.

18. Trans Union denies the relief sought by Plaintiff in paragraph 18 of the Complaint.

## **PRAYER FOR RELIEF**

Trans Union denies the relief and damages sought by Plaintiff in the Prayer for Relief of the Complaint, including subparts (1) – (4).

## **DEFENSES**

19. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

20. Trans Union alleges that any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

21. Trans Union, in compliance with the Fair Credit Reporting Act, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

22. Trans Union at all times acted in compliance with the Fair Credit Reporting Act.

23. Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

24. Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

25. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process and Double Jeopardy Clauses of the Fifth Amendment, the Excessive Fines Clause of the Eighth Amendment, and the laws of the State of North Carolina.

26. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superceding cause.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs

3189840.1/SP/83057/1056/093010

Page 5
Case 1:10-cv-00219-MR-DLH    Document 2    Filed 10/04/10    Page 5 of 7

of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the court deems just.

Dated: October 4, 2010

Respectfully submitted,

s/ David M. Wilkerson
**DAVID M. WILKERSON**
NC Bar No. 35742
dwilkerson@vwlawfirm.com
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
Tel: 828-258-2991
Fax: 828-255-0255
*Counsel for Trans Union LLC*

# CERTIFICATE OF SERVICE

This is to certify that on October 4, 2010, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

James M. Ellis
james@stoneandchristy.com
Stone & Christy, P.A.
110 N. Dougherty St
Black Mountain, NC 28711
(828)669-7642 ext.224
(828)669-5678 Fax
*Counsel for Plaintiff*

Kate E. Payerle
NC Bar No. 36987
kpayerle@rbh.com
Julian H. Wright
NC Bar No. 38603
jwright@rbh.com
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900
(704) 377-2536
(704) 373-3952 Fax
*Counsel for Experian*

This the 4th day of October, 2010.


    s/ David M. Wilkerson
    David M. Wilkerson