# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 219

| | |
|---|---|
| JOSE VIRGILIO MARQUEZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| TRANS UNION, LLC and EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on James m. Ellis' Application for Admission to Practice *Pro Hac Vice* of Justin M. Baxter. It appearing that Justin M. Baxter is a member in good standing with the Oregon Bar and will be appearing with James M. Ellis, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James M. Ellis' Application for Admission to Practice *Pro Hac Vice* (#8) of Justin M. Baxter is **GRANTED**, and that Justin M. Baxter is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James M. Ellis.

Signed: October 14, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge