## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:10 CV 219

| | | |
|---|---|---|
| JOSE VIRGILIO MARQUEZ, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| TRANS UNION, LLC, et al, | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Julian H. Wright, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Tasheika Hinson. It appearing that Tasheika Hinson is a member in good standing with the Georgia Bar and will be appearing with Julian H. Wright, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Julian h. Wright, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#10) of Tasheika Hinson is **GRANTED**, and that Tasheika Hinson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Julian H. Wright, Jr.

Signed: October 22, 2010

Dennis L. Howell
United States Magistrate Judge