# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:10 CV 219

| | |
|---|---|
| JOSE VIRGILIO MARQUEZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| TRANS UNION, LLC, et al, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on David M. Wilkerson's Application for Admission to Practice *Pro Hac Vice* of Marc F. Kirkland. It appearing that Marc F. Kirkland is a member in good standing with the Texas Bar and will be appearing with David M. Wilkerson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that David M. Wilkerson's Application for Admission to Practice *Pro Hac Vice* (#12) of Marc F. Kirkland is **GRANTED**, and that Marc F. Kirkland is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with David M. Wilkerson.

Signed: October 29, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge