# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHVILLE DIVISION

| | |
|---|---|
| JOSE VIRGILIO MARQUEZ, )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>TRANS UNION, LLC & EXPERIAN )<br>INFORMATION SOLUTIONS, INC., )<br>)<br>DEFENDANTS. )<br>) | **Civil Action No. 1:10-CV-00219** |

## CERTIFICATION AND REPORT OF F.R.C.P. 26(f)

## CONFERENCE AND DISCOVERY PLAN

1. Certification of Conference. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 25, 2010 by telephone and was conducted by the undersigned counsel for the designated parties in the above captioned case.

2. Pre-Discovery Disclosures. The information required by Fed. R. Civ. P. 26(a)(1) will be exchanged by December 24, 2010, unless the Court permits the parties to waive initial disclosures by mutual consent.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

   a) All discovery shall be commenced in time to be completed by June 25, 2010.

   b) Discovery Limits:

      1) Maximum of 30 interrogatories by each party to any other party.

      2) Maximum of 30 requests for admission by each party to any other party.

      3) Maximum of 30 depositions by plaintiff and by each defendant.

c) Reports from retained experts under Rule 26(a)(2) will be due 30 days after the close of discovery.

4. Other Items. [*Attach separate paragraphs as necessary if parties disagree.*]

a) The parties do not request a conference with the court before entry of the scheduling order.

b) All potentially dispositive motions should be filed by 60 days after the close of discovery.

c) Settlement:

[ ] is likely

[ ] is unlikely

[ ] cannot be evaluated prior to _____(*date*)

[X] may be enhanced by use of the following ADR procedure:

[ ] Mediated Settlement Conference

[ ] binding arbitration

[ ] judicial settlement conference

[ ] other _____

The parties agree that the above selected ADR procedure would be most useful if conducted:

[ ] after resolution of any outstanding dispositive motions, but prior to further discovery;

[ ] after an initial round of preliminary discovery to be completed by _____ (*date*);

[ ] after the completion of discovery;

[X] after resolution of summary judgment motions, if any

[ ] not applicable.

d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due on a date to be set by the Court via pretrial order.

e) If the case is ultimately tried, trial is expected to take approximately 10 days.

f) [X] The parties have discussed the issue of consent to the jurisdiction of a U.S. magistrate judge.

5. Please identify any other matters regarding discovery or case management which may require the Court's attention (e.g., concerns re: confidentiality, protective orders, etc., unmovable scheduling conflicts):

The parties request that no limitation be placed upon the use of depositions upon written questions. The parties further expect to submit a proposed stipulated protective order to the Court to apply to discovery in this case.

AGREED and STIPULATED this the 10th day of November, 2010 by:

| | |
|---|---|
| s/ Justin M. Baxter<br>Justin M. Baxter<br>*Appearing Pro Hac Vice*<br>Baxter & Baxter, LLP<br>8835 Canyon Lane, Suite 130<br>Portland, OR  97225<br>Telephone:  503-297-9031<br>Facsimile: 503-291-9172<br>***Attorney for Plaintiff*** | s/ David M. Wilkerson<br>David M. Wilkerson<br>THE VAN WINKLE LAW FIRM<br>11 North Market Street<br>Asheville, NC  28801<br>Telephone: 828-258-2991<br>Facsimile:  828-255-0255<br>***Attorney for Defendant Trans Union LLC*** |
| s/ James M. Ellis<br>James M. Ellis<br>Stone & Christy, P.A.<br>110 N. Dougherty St.<br>Black Mountain, NC 28711<br>Telephone: 828-669-7642<br>Facsimile: 828-669-5678<br>***Attorney for Plaintiff*** | s/ Tasheika Hinson<br>Tasheika Hinson<br>*Appearing Pro Hac Vice*<br>Email: thinson@jonesday.com<br>JONES DAY<br>1420 Peachtree Street, Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 581-3939<br>Facsimile:  (404) 581-8330<br>***Attorney for Defendant Experian Information Solutions, Inc.*** |
| | s/ Kate Payerle<br>Kate Payerle<br>Robinson, Bradshaw and Hinson<br>101 N. Tryon St.<br>Suite 1900<br>Charlotte, NC 28246<br>Telephone:  704-377-8129<br>Facsimile: 704-373-3952<br>***Attorney for Defendant Experian Information Solutions, Inc.*** |

# CERTIFICATE OF SERVICE

      This is to certify that on November 10, 2010, a true and correct copy of the **CERTIFICATION AND REPORT OF F.R.C.P. 26(f) CONFERENCE AND DISCOVERY PLAN** has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Julian Hugh Wright, Jr jwright@rbh.com, jbrown@rbh.com

James M. Ellis james@stoneandchristy.com

David Matthew Wilkerson dwilkerson@vwlawfirm.com, sholder@vwlawfirm.com

Kate Payerle kpayerle@rbh.com, lmcgrath@rbh.com

Justin M. Baxter justin@baxterlaw.com

Tasheika Hinson thinson@jonesday.com

      This the 10th day of November, 2010.

                                        s/ David M. Wilkerson
                                        David M. Wilkerson