IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHVILLE DIVISION

| | |
|---|---|
| **JOSE VIRGILIO MARQUEZ,** ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> **TRANS UNION, LLC & EXPERIAN** ) <br> **INFORMATION SOLUTIONS, INC.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> ) | Civil Action No. 1:10-CV-00219 |

## NOTICE OF SETTLEMENT

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), and hereby notifies the Court that a settlement agreement has been reached between Plaintiff Jose Virgilio Marquez and Experian in this matter. The parties will file an Stipulation of Dismissal subsequent to the completion and execution of the settlement agreement.

*Signature Block On Following Page*

Dated: March  8 , 2010                      */s/ Tasheika Hinson*
Tasheika Hinson
*Appearing Pro Hac Vice*
thinson@jonesday.com
JONES DAY
1420 Peachtree Street, Suite 800
Atlanta, Georgia 30309
Telephone: (404)581-3939
Facsimile:  (404) 581-8330

Julian H. Wright
N.C. Bar # 38603
Email:   jwright@rbh.com
Kate E. Payerle
N.C. Bar # 36987
Email:   kpayerle@rbh.com
Robinson, Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900
Telephone: (704) 377-2536
Facsimile:  (704) 373-3952
*Attorneys for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served by placing same, first-class postage prepaid, in the United States Mail for delivery to:

| | |
|---|---|
| James M. Ellis<br>Stone & Christy, P.A.<br>110 N. Dougherty Street<br>Black Mountain, NC  28711<br>Phone:  828-669-7642<br>Fax:  828-669-5678<br>*Attorney for Plaintiff* | David M. Wilkerson<br>THE VAN WINKLE LAW FIRM<br>11 North Market Street<br>Asheville, NC  28801<br>828-258-2991<br>828-255-0255 Fax<br>*Attorney for Trans Union LLC* |
| Justin M. Baxter<br>Baxter & Baxter, LLP<br>8835 Canyon Lane, Suite 130<br>Portland, OR  97225<br>Phone:  503-297-9031<br>Fax:  503-291-9172<br>*Attorney for Plaintiff* | Marc F. Kirkland<br>Strasburger and Price<br>2801 Network Blvd., Suite 600<br>Frisco, TX 75034<br>*Attorney for Trans Union, LLC* |

Dated: March  8 , 2010

    */s/ Tasheika Hinson*
Tasheika Hinson
*Appearing Pro Hac Vice*
thinson@jonesday.com
JONES DAY

***Attorneys for Defendant Experian Information Solutions, Inc.***